IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMDEN COUNTY JAIL,<br><br>　　　　　Defendant. | Civil Action<br>No. 16-5789(JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Ronald Adams seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-4.

　　Plaintiff did not complete the IFP application. Plaintiff must submit either a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint can be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a completed IFP application.

　　An appropriate order follows.

**October 3, 2016**　　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge